UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYREK DuBOSE,

                              Plaintiff,

        -against-

C.O. NEDD SHIELD #20705; CO JOHN
DOE#1, SHIELD # UNKNOWN; CO MAYO
SHIELD # UNKNOWN; NURSE JOHN
DOE SHIELD # UNKNOWN;
DEFENDANTCO JOHN DOE#2; SHIELD #
UNKNOWN,

                              Defendants.

25-CV-9650 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

        Plaintiff, who is currently incarcerated at the George R. Vierno Center on Rikers Island,

brings this *pro se* action under 42 U.S.C. § 1983. For the following reasons, the complaint is

dismissed without prejudice

        Plaintiff has previously submitted to this court a substantially similar, if not identical,

complaint against the same Defendants. That matter is pending under docket number 25-CV-

9072 (LTS). Because this complaint raises the same claims, no useful purpose would be served

by the filing and litigation of this duplicate lawsuit. Therefore, this complaint is dismissed

without prejudice to Plaintiff's pending case under docket number 25-CV-9072.

        In light of the Court's belief that Plaintiff may have submitted this duplicate complaint in

error, the Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this

action, and the Warden or Superintendent having custody of Plaintiff shall not deduct or

encumber funds from Plaintiff's prison trust account for this lawsuit.

**CONCLUSION**

The Court dismisses Plaintiff's complaint without prejudice as duplicative of 25-CV-9072.

The Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    December 1, 2025
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2